[No. 16177.   *En Banc.*   November 15, 1921.]

LEONARD LONGMIRE et al., *Respondents*, v. YELM IRRIGATION DISTRICT, *Appellant.*[1]

Appeal from a judgment of the superior court for Thurston county, Wright, J., entered November 2, 1919, upon the verdict of a jury rendered in favor of the plaintiffs, in an action for an injunction and damages.   Reversed.

*Geo. F. Yantis* and *Troy & Sturdevant*, for appellants.
*Thomas M. Vance*, for respondent.

ON REHEARING.

PER CURIAM.—This cause was reargued before the court *En Banc* on October 25, 1921.   Deeming ourselves fully advised in the premises, and a majority of the judges being of the opinion that the cause was correctly disposed of by the decision of Department Two, reported in 114 Wash. 619, 195 Pac. 1014, the judgment of the trial court is reversed as in the Department opinion directed.

[1]Reported in 201 Pac. 788.